# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANGELLE ROSE SWAIN

VERSUS

FLEETWASH, INC., JAMES TRAVIS
CORTEZ, THE ESTATE OF CODY JUDE
COVEL, HAMBRON, INC., EDWARD
SMITH, ROBERT L. EMKEY,
PROGRESSIVE INSURANCE COMPANY,
ABC INSURANCE COMPANY, DEF
INSURANCE COMPANY, XYZ
INSURANCE COMPANY, AND DOES 1-
50

NO.   2022 CW 1364

**MARCH 27, 2023**

---

In Re:   James Travis Cortez, applying for supervisory writs,
21st Judicial District Court, Parish of Tangipahoa,
No. 20153370.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.**

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

a.S.

---

DEPUTY CLERK OF COURT
FOR THE COURT